UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____
)
In re:                                                    )
                                                          )
A&S REALTY TRUST,                         )
                                                          )            Chapter 11
                              Debtor           )            Case No. 09-19083-WCH
_____)

**UNITED STATES TRUSTEE'S MOTION
TO DISMISS DEBTOR'S CHAPTER 11 CASE
(WITH CERTIFICATE OF SERVICE)**

The United States Trustee hereby moves this Court to dismiss the Chapter 11 case of

A&S Realty Trust (the "Debtor"), because, as a Massachusetts real estate nominee trust, it is

ineligible for Chapter 11 relief.  In support, the United States Trustee states:

**JURISDICTION**

1.      The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334.

This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).  Venue is proper in this court under 28

U.S.C. § 1408 and 1409.  The statutory predicates for relief are 28 U.S.C. §§ 586(a)(3) and

1930(a)(6), 11 U.S.C. §§ 101(9) and (41), 109(d), 301(a), 307 and 1112(b),  Fed. R. Bankr. P.

1017 and 3022.

**FACTS**

2.      The Debtor filed a voluntary Chapter 11 petition ("Petition") on September 24,

2009.  Docket #1.  A true and correct copy of the Petition is attached hereto as Exhibit 1. The

Debtor has not filed any other documents or motions since that date.

1

## ARGUMENT

**This Court should dismiss the Debtor's Chapter 11 case under 11 U.S.C. §§ 109 and 1112(b), because, as a Massachusetts nominee real estate trust, it is ineligible for Chapter 11 relief.**

3.      Only a person, including an individual, partnership and corporation, may be a debtor under chapters 7 and 11 of title 11.  11 U.S.C. 101(9) and (41) and 109(a) and (d).  The definition of "corporation" includes "business trust."  In re Village Green Realty Trust, 113 B.R. 105,108 (Bankr. D. Mass. 1990).  Insofar as the Code does not define "business trust," bankruptcy courts refer to state law.  In re Heritage North Dunlap Trust, 120 B.R. 252, 254 (Bankr. D. Mass. 1990), citing Butner v. United States, 440 U.S. 48 (1979).

4.      In order to qualify as a business trust under Massachusetts law, "[t]he trustees of an association or trust shall file a copy of the written instrument or declaration of trust creating it with the secretary and with the clerk of every city or town where such association or trust has a usual place of business . . . ."  Mass. Gen. Laws ch. 182, §2 (2009).

5.      Separately, the Massachusetts Uniform Partnership Act defines a partnership as "an association of two or more persons to carry on as co-owners a business for profit . . . ," but excludes "any association formed under any other statute of this state . . . ."  Mass. Gen. Laws ch. 108A, §6 (2009).

6.      Massachusetts nomine real estate trusts are not eligible for relief under Chapter 11 of title 11.  In re Village Green Realty Trust, 113 B.R. at 115 (dismissing debtor nominee trust Chapter 11 case and stating that "the Court will not squeeze itself into the keyhole to open the door to bankruptcy protection when the beneficiaries of a nominee trust hold the key.  The

2

beneficiaries can open the door by filing individual or partnership bankruptcies . . . .").[1]  In re Heritage North Dunlap Trust, 120 B.R. at 255.

7.      The Debtor is not a business trust, because, based upon a search of the Mass. Secretary of State's Corporations Division, it has not complied with Mass. Gen. Laws ch. 182, §2 (2009), which requires, among other things, that it register with the Massachusetts Secretary of State.  Id.[2]

8.      Giving effect to its choice of entity, the Debtor is not a partnership under Mass. Gen. Laws ch. 108A, §6 (2009).  In re Village Green Realty Trust, 113 B.R. at 115.  C/f In re Medallion Realty Trust, 103 B.R. at 8.

9.      The Debtor appears to be a Massachusetts real estate nominee trust.  In re Village Green Realty Trust, 113 B.R. at 115.  Therefore, the Debtor is ineligible for relief under chapter 11 of title 11, because it is not a "person" under 11 U.S.C. 101(9) and (41) and 109(a) and (d) – viz., it is neither a corporation nor a business trust nor a partnership for purposes of Massachusetts law.  In re Village Green Realty Trust, 113 B.R. at 115.

10.     Insofar as the Debtor is ineligible for relief under chapter 11 of title 11, the Court should dismiss the Debtor's Chapter 11 case under 11 U.S.C. § 1112(b) for "cause."  Id.

---

[1] The court rejected the analysis of In re Medallion Realty Trust, 103 B.R. 8 (Bankr. D. Mass. 1989), aff'd, 120 B.R. 245 (D. Mass. 1990), which held that, owing to the degree of control exercised by the beneficiaries, the debtor nominee realty trust was a partnership and, therefore, eligible for chapter 11 relief.  See In re Eastmare Development Corp., 150 B.R. 495 (Bankr. D. Mass. 1993) (setting aside foreclosure sale of realty owned by a nominee trust on grounds that sale violated the corporate debtor trust beneficiary's automatic stay).

[2] A search of the Corporations division reveals that an "A&S Realty Trust" is registered, however, that trust is registered in Ashfield, Massachusetts, not Charlestown, Massachusetts as the Petition reveals. In addition, the trustees for the registered trust are not the same as the Trustee and Beneficiary who signed the "Vote" appended to the Petition.

## **PRAYER**

WHEREFORE, the United States Trustee prays that the Court enter an order dismissing the Debtor's chapter 11 case under 11 U.S.C. §§ 101(9) and (41), 109(a) and (d) and 1112(b) and granting her all such other and further legal and equitable relief to which she may be entitled.

Respectfully submitted,

PHOEBE MORSE

United States Trustee

By:    */s/ Jennifer L. Hertz*
        Jennifer L. Hertz  BBO#645081
        United States Department of Justice
        Thomas P. O'Neill Jr. Federal Bldg.
        10 Causeway Street, Room 1184
        Boston, MA 02222
        PHONE:     (617) 788-0412
        FACSIMILE:  (617) 565-6368
        Jennifer L. Hertz@usdoj.gov

Dated: September 30, 2009

4

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 30, 2009, true and correct copies of the foregoing motion were served by CM/ECF upon the individuals who filed notices of appearance in the Court's CM/ECF database, the Debtor listed below.

PHOEBE MORSE

United States Trustee

By:    */s/ Jennifer L. Hertz*
        Jennifer L. Hertz  BBO#645081
        United States Department of Justice
        Thomas P. O'Neill Jr. Federal Bldg.
        10 Causeway Street, Room 1184
        Boston, MA 02222
        PHONE:        (617) 788-0412
        FACSIMILE: (617) 565-6368
        Jennifer L. Hertz@usdoj.gov

Dated: September 30, 2009

A&S Realty Trust
Attn: Wayne A. Snow
201 Main Street
Charlestown, MA  02129

# EXHIBIT 1

Case 09-19083   Doc 1   Filed 09/24/09   Entered 09/24/09 16:08:42   Desc Main
Document   Page 1 of 8

B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>A&S REALTY TRUST | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 71-6233261 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>201 MAIN ST<br>CHARLESTOWN, MA 02129    ZIP CODE 02129 | Street Address of Joint Debtor (No. and Street, City, and State):<br>SEP 24'09 PM 3:51 USB    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>SUFFOLK | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>SAME    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>   ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): STURBRIDGE & CHARLESTON, MA    ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☒ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br><br>TRUST | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other<br>DEVELOPMENT | ☐ Chapter 7   ☐ Chapter 15 Petition for<br>☐ Chapter 9     Recognition of a Foreign<br>☒ Chapter 11    Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13    Recognition of a Foreign<br>          Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer   ☒ Debts are primarily<br>debts, defined in 11 U.S.C.     business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☒<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☒<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☒<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B 1 (Official Form 1) (1/08)

Page 2

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case.)* | |

Case 09-19083 Doc 1 Filed 09/24/09 Entered 09/24/09 16:08:42 Desc Main
Document Page 2 of 8

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: *N/A* | Case Number: | Date Filed: |
| --- | --- | --- |
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: *N/A* | Case Number: | Date Filed: |
| --- | --- | --- |
| District: | Relationship: | Judge: |

| **Exhibit A** *N/A* | **Exhibit B** *N/A* |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X _____ <br>   Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☒  No.

**Exhibit D** *N/A*

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property** *N/A*
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Case 09-19083   Doc 1   Filed 09/24/09   Entered 09/24/09 16:08:42   Desc Main
Document   Page 3 of 8

B 1 (Official Form) 1 (1/08)   Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>A+S Reaery Trust |
|---|---|

| Signatures |
|---|

| **Signature(s) of Debtor(s) (Individual/Joint)** Trust | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _Lloyd Su, Trustee_<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br>   508-612-7448<br>   Telephone Number (if not represented by attorney)<br>   9/24/09<br>   Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>   _____<br>   (Printed Name of Foreign Representative)<br><br>   _____<br>   Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X _____<br>   Signature of Attorney for Debtor(s)<br><br>   _____<br>   Printed Name of Attorney for Debtor(s)<br><br>   _____<br>   Firm Name<br><br>   _____<br>   Address<br><br>   _____<br>   Telephone Number<br><br>   _____<br>   Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>   _____<br>   Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>   _____<br>   Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>   Address<br><br>   SEP 24 '09 PM 3:51 USBC<br><br>   X _____<br><br>   _____<br>   Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Authorized Individual<br><br>   _____<br>   Printed Name of Authorized Individual<br><br>   _____<br>   Title of Authorized Individual<br><br>   _____<br>   Date | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |